# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-CR-405 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| JERRY LEE EDWARDS, | |
| Defendant(s). | |

Presently before the court is the matter of *USA v. Edwards*, case no. 2:17-cr-00405-JCM-VCF-1.

Jury trial in this case is currently scheduled to begin on January 7, 2019 at 9:00 am. (ECF No. 34). However, defendant Jerry Edwards ("defendant") has informed that the court that he is considering entering a guilty plea prior to trial. Accordingly, defendant has filed an "unopposed" motion for a "pre-plea pre-sentencing report" so that he may determine what his sentencing "guideline range will be prior to pleading guilty. . ." (ECF No. 35).

Although defendant claims his motion is "unopposed," the court will grant the government seven (7) days to file its opposition, if any, to defendant's motion. Thereafter, defendant shall have three (3) days to file a reply.

. . .

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED that the government may file an opposition to defendant's motion for a "pre-plea pre-sentencing report" (ECF No. 35) no later than seven (7) days from the date of this order. Defendant may file a reply within three (3) days thereafter.

DATED December 7, 2018.

_____
UNITED STATES DISTRICT JUDGE