DAN M. WINDER, ESQ.
Nevada State Bar No. 001569
ARNOLD WEINSTOCK, ESQ.
Nevada State Bar No. 000810
LAW OFFICE OF DAN M. WINDER, P.C.
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Telephone: (702) 474-0523
Facsimile:  (702) 474-0631
winderdanatty@aol.com
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Plaintiff, | |
| vs. | Case No: 2:17-cr-000405-JCM-VCF-1 |
| **JERRY L. EDWARDS**, | Dept No. II |
| Defendant. | |

### STIPULATION AND ORDER TO CONTINUE SENTENCING

**IT IS HEREBY STIPULATED AND AGREED**, by and between REBECCA CLINTON, ESQ., Assistant United States Attorney, counsel for the United States of America, and DAN M. WINDER, ESQ., counsel for **JERRY L. EDWARDS**, the DEFENDANT, that the sentencing currently scheduled for May 17, 2019 at 10:00 am, be vacated and set to a time convenient for the Court, but no earlier than 30 days.

All parties agree to the continuance.

Additionally, denial of this request for continuance could result in a miscarriage of justice. This is the second request to extend sentencing.

DATED this the 9th day of May, 2019.

/s/ Rebecca Clinton, Esq.  
REBECCA CLINTON, ESQ.  
U.S. Attorney

/s/ Dan M. Winder, Esq.  
DAN M. WINDER, ESQ.

DAN M. WINDER, ESQ.
Nevada State Bar No. 001569
ARNOLD WEINSTOCK, ESQ.
Nevada State Bar No. 000810
LAW OFFICE OF DAN M. WINDER, P.C.
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Telephone: (702) 474-0523
Facsimile:  (702) 474-0631
winderdanatty@aol.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Plaintiff, | |
| vs. | |
| **JERRY L. EDWARDS**, | **Case No: 2:17-cr-000405-JCM-VCF-1** |
| Defendant. | **Dept No. II** |

### **ORDER**

IT IS ORDERED that the sentencing hearing currently scheduled for Friday, May 17, 2019 at 10:00 a.m., be vacated and continued to June 19, 2019, at the hour of 10:30 a.m.

Dated May 10, 2019.

_____
Honorable Judge James C. Mahan