DAN M. WINDER, ESQ.
Nevada State Bar No. 001569
ARNOLD WEINSTOCK, ESQ.
Nevada State Bar No. 000810
LAW OFFICE OF DAN M. WINDER, P.C.
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Telephone: (702) 474-0523
Facsimile: (702) 474-0631
winderdanatty@aol.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Plaintiff, | |
| vs. | |
| **JERRY L. EDWARDS**, | Case No: 2:17-cr-000405-JCM-VCF-1 |
| Defendant. | Dept No. II |

### STIPULATION AND ORDER TO CONTINUE SENTENCING

**IT IS HEREBY STIPULATED AND AGREED**, by and between REBECCA CLINTON, ESQ., Assistant United States Attorney, counsel for the United States of America, and DAN M. WINDER, ESQ., counsel for **JERRY L. EDWARDS**, the DEFENDANT, that the sentencing currently scheduled for June 19, 2019 at 10:00 am, be vacated and set to a time convenient for the Court, but no earlier than 30 days.

All parties agree to the continuance.

Additionally, denial of this request for continuance could result in a miscarriage of justice. This is the third request to extend sentencing.

DATED this the 17th day of June, 2019.

/s/ Rebecca Clinton, Esq.  /s/ Dan M. Winder, Esq.
REBECCA CLINTON, ESQ.  DAN M. WINDER, ESQ.
U.S. Attorney

DAN M. WINDER, ESQ.
Nevada State Bar No. 001569
ARNOLD WEINSTOCK, ESQ.
Nevada State Bar No. 000810
LAW OFFICE OF DAN M. WINDER, P.C.
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Telephone: (702) 474-0523
Facsimile: (702) 474-0631
winderdanatty@aol.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

**UNITED STATES OF AMERICA**,

    **Plaintiff,**

vs.

**JERRY L. EDWARDS,**

    **Defendant.**

Case No: 2:17-cr-000405-JCM-VCF-1

Dept No. II

### ORDER

IT IS ORDERED that the sentencing hearing currently scheduled for Wednesday June 19, 2019 at 10:00 a.m., be vacated and continued to _____ July 23 , 2019 at the hour of  10:30 a.m           .

Dated June 17, 2019.

                                                                     _____
                                                                     Honorable Judge James C. Mahan